# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160256

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

REGINALD WALLS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160256
COA: 348335
Calhoun CC: 2009-003955-FC

      On order of the Court, the application for leave to appeal the August 6, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020

Clerk

b0518